DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

THOMAS v. POOLE

No. 98 PC.

Case below: 45 N.C. App. 260.

Petition by defendant Security Service Corp. for discretionary review under G.S. 7A-31 denied 6 May 1980.

THOMPSON v. INSURANCE CO.

No. 56 PC.

Case below: 44 N.C. App. 668.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 May 1980.

TOWN OF BLADENBORO v. McKEITHAN

No. 76.

Case below: 44 N.C. App. 459.

Motion of plaintiff to dismiss appeal for failure to comply with Rules allowed 22 April 1980.

TRIPLETT v. JAMES

No. 49 PC.

Case below: 45 N.C. App. 96.

Petition by defendant Western Surety Co. for discretionary review under G.S. 7A-31 denied 6 May 1980.

WAREHOUSE v. AUTO SUPPLY

No. 138 PC.

Case below: 45 N.C. App. 555.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 May 1980.